UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:** **MARTIN J. JENKINS**

**Date**: December 18, 2007

**Case No:** C 07-04673 MJJ

**Case Title**: RICHARD GEORGE v. UNITED STATES

**Appearances:**

    For Plaintiff(s): no appearance

    For Defendant(s): Tom Moore

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Sahar McVickar

## *PROCEEDINGS*

1. Case Management Conference - not held

MOTION/MATTER:  ( ) Granted
                  ( ) Denied
                  ( ) Granted in part/Denied in part
                  ( ) Taken under submission
                  ( ) Withdrawn/Off Calendar
                  (X) Continued to: **Tuesday, 01/08/08 at 2:00 PM for CMC**

## *SUMMARY*

- The Court shall issue an OSC for failure to appear. Plaintiff shall respond 5 days prior to the next scheduled CMC.