**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GEORGE, | No. C 07-4673 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

_____/

On December 18, 2007, plaintiff failed to appear as ordered at the scheduled Case Management Conference.

Accordingly, the Court rules as follows:

1.  Plaintiff shall show cause in writing, filed no later than January 3, 2008, why this action should not be dismissed for his failure to appear at the Case Management Conference.

2.  The Case Management Conference has been rescheduled to January 8, 2008 at 2:00 p.m. in Courtroom 11, 450 Golden Gate Avenue, San Francisco, CA.

3.  If plaintiff fails to show cause as ordered, the action will be dismissed without prejudice pursuant to Rule 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  12/18/07

_____
MARTIN J. JENKINS
United States District Judge