UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD GEORGE,

        Plaintiff,

  v.

USA et al,

        Defendant.

Case Number: CV07-04673 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard George
431 Central Avenue
Menlo Park, CA 94025

Dated: December 18, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk