**FILED**

JAN 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GEORGE, | No.   C07-04673 MJJ |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| USA | |
| Defendant. | |

On December 18, 2007, the Court ordered plaintiff to show cause in writing, no later than January 3, 2008, why the above-entitled action should not be dismissed. To date, plaintiff has not complied with this order.

Accordingly, the present action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Case Management Conference scheduled for January 8, 2008, is hereby **vacated.** The clerk of the court is directed to close the file.

**IT IS SO ORDERED.**

Dated:    1/4/2008

_____
MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD GEORGE,

        Plaintiff,

v.

USA et al,

        Defendant.
        _____/

Case Number: CV07-04673 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard George
431 Central Avenue
Menlo Park, CA 94025

Dated: January 4, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk