IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**RICHARD GEORGE,**

        Plaintiff(s),

v.

**USA,**

        Defendant(s),
_____/

No. **C07-04673 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Order of Dismissal entered on January 4, 2008, is hereby **vacated**. The Case Management Conference scheduled for Tuesday, January 8, 2008 at 2:00 p.m. before the Honorable Martin J. Jenkins shall remain in effect. The parties are instructed to file a Joint Case Management Statement, pursuant to Civil L.R. 16-9, no later than close of business January 7, 2008.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 4, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Monica Narcisse
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GEORGE,<br><br>        Plaintiff,<br><br>v.<br><br>USA et al,<br><br>        Defendant.                 / | Case Number: CV07-04673 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard George
431 Central Avenue
Menlo Park, CA 94025

Dated: January 4, 2008

                                                  Richard W. Wieking, Clerk
                                                  By: Monica Narcisse, Deputy Clerk