1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California 94102
     Telephone:   (415) 436-7017
5    Fax:          (415) 436-6748

6  Attorneys for United States of America

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                 NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10 RICHARD GEORGE,                    )   No. C-07-4673-MJJ
                                      )
11         Plaintiff,                 )
                                      )
12    v.                              )   DECLARATION OF THOMAS MOORE
                                      )   IN SUPPORT OF THE UNITED STATES'
13 UNITED STATES OF AMERICA,          )   MOTION TO DISMISS
                                      )
14         Defendant.                 )
                                      )
15 _____)

16         I, Thomas Moore, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

17         1.      I am employed as an Assistant United States Attorney with the United States Attorney,

18 in the offices located in San Francisco, California.  As part of my duties I am assigned to this matter

19 and  I have been provided IRS taxpayer records described in the paragraphs below.

20         2.      Attached hereto as Exhibit H is a true and correct copy of the IRS letter of February 11,

21 2004 to Richard George.

22         3.      Attached hereto as Exhibit K is a true and correct copy of the March 25, 2004, Notice of

23 Intent to Levy from the ITS to Richard George.

24         4.      Attached hereto as Exhibit L is a true and correct copy of the March 31, 2004, IRS

25 Notice of Federal Tax Lien to Richard George.

26         5.      Attached hereto as Exhibit P are May 17, 2005, IRS Notices of Levy issued by the IRS to

27 collect the unpaid taxes of Richard George.

28 ///

6.    Attached hereto as Exhibit Q is the October 18, 2007, Certificate of Assessments and Payments for Richard George's !999 federal income taxes.

7.    Attached hereto for the Court's convenience is a true and correct copy of the May 31, 2005, Declaration of Jane Allen filed in the related matter of C-05-00955-MJJ.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2008, San Francisco, California.


/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division

DECLARATION OF  THOMAS MOORE
(C-07-4673-MJJ)                                   2

H

**Internal Revenue Service**
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**Department of the Treasury**

Letter Number:  3164B (DO)

Letter Date:
  02/11/2004
Social Security Number or
Employer Identification Number:
  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
For Assistance You May Call Us At:
  (415)522-4334
Person to Contact:
  JANE ALLEN
Employee Identification Number:
  94-06291

RICHARD E GEORGE
431 CENTRAL AVENUE
MENLO PARK, CA 94025-2804

Dear RICHARD E GEORGE :

   We are attempting to collect unpaid taxes from you.  You should already be aware of this from our previous contacts with you.  Generally, our practice is to deal directly with a taxpayer or a taxpayer's duly authorized representative.  However, we sometimes talk with other persons, for example when we need information that the taxpayer has been unable to provide, or to verify information we have received.

   We are writing to tell you that we may contact other persons.  If we do contact other persons we will generally need to tell them limited information, such as your name.  The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we are seeking.  Our need to contact other persons may continue as long as there is activity on this matter.

   If you have any questions regarding this letter or wish to request a list of contacts, please do not hesitate to contact us at the telephone number listed above.

                                        Sincerely,

                                        JANE ALLEN
                                        REVENUE OFFICER

                                                            Exhibit  *H*

Letter 3164B(DO) (2-2000)

K

Department of the Treasury

~~Internal Service~~
~~GOLDEN GATE AVENUE~~
~~SAN FRANCISCO, CA 94102~~

**CERTIFIED MAIL - RETURN RECEIPT**

RICHARD E GEORGE
431 CENTRAL AVENUE
MENLO PARK, CA 94025-2804

**Letter Date:**
03/25/2004
**Social Security or**
**Employer Identification Number**
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
**IRS Employee to Contact:**
JANE ALLEN
**Employee Identification Number:**
94-06291
**Contact Telephone Number:**
(415)522-4334

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To    *1058*

Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

7003 1010 0004 3709 7161

---

~~FINAL~~ NOTICE
~~NOTICE OF INTENT TO LEVY AND~~ NOTICE OF YOUR RIGHT TO A HEARING
~~PLEASE~~ **RE**~~SPOND IMMEDIATELY~~

...you to pay this, but we still haven't received your payment.
...ernal Revenue Code (IRC) Section 6331 and your right to
...).

...protect the government's interest. A lien is a public notice to
...current assets, including any assets you acquire after we file the

If you don't pay the amount you owe, make alternative arrangements ... request Appeals consideration within
...erty, such as real estate, automobiles,
...ve enclosed Publication 594 with more
...o request a Collection Due Process

...heck or money order payable to U.S.
...on your payment. Send your payment
...s shown on the next page.

...lephone number shown at the top of

...u still owe. It also includes any

...the due date of your return

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard E. George
431 Central Avenue
MenloPark, CA 94025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_[handwritten]_    3/26/04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7003 1010 0004 3709 7161

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

Exhibit  K

Letter 1058 (DO) (Rev. 7-2003)
Catalog Number: 40488S

**Internal Revenue Service**
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**Department of the Treasury**

CERTIFIED MAIL - RETURN RECEIPT

RICHARD E GEORGE
431 CENTRAL AVENUE
MENLO PARK, CA 94025-2804

**Letter Date:**
03/25/2004
**Social Security or**
**Employer Identification Number**
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
**IRS Employee to Contact:**
JANE ALLEN
**Employee Identification Number:**
94-06291
**Contact Telephone Number:**
(415)522-4334

## FINAL NOTICE
## NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
### *PLEASE RESPOND IMMEDIATELY*

Your Federal tax is still not paid. We previously asked you to pay this, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

We may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. We've enclosed Publication 594 with more information, Publication 1660 explaining your right to appeal, and Form 12153 to request a Collection Due Process Hearing with Appeals.

To prevent collection action, please send your full payment today. Make your check or money order payable to U.S. Treasury. Write your social security number or employer identification number on your payment. Send your payment to us in the enclosed envelope with a copy of this letter. The amount you owe is shown on the next page.

If you have recently paid this tax or you can't pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Letter 1058 (DO) (Rev. 7-2003)
Catalog Number: 40488S

Interest is also charged on penalties assessed on your account.  Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**

We charge a penalty when your tax is not paid on time.  Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown above.

Sincerely yours,

JANE ALLEN
REVENUE OFFICER

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | $34318.41 | $6616.50 | $5671.79 | $46606.70 |
| 1040 | 12/31/1998 | $70051.06 | $6929.36 | $5517.94 | $82498.36 |
| 1040 | 12/31/1999 | $150187.12 | $16063.02 | $11830.30 | $178080.44 |
| | | | | Total: | $307185.50 |

Enclosures:
Copy of this letter
Pub. 594
Pub. 1660
Form 12153

Letter 1058 (DO) (Rev. 7-2003)
Catalog Number: 40488S

# REQUEST FOR A COLLECTION DUE PROCESS HEARING

Use this form to request a hearing with IRS Office of Appeals only when you receive a **Notice of Federal Tax Lien Filing & Your Right To A Hearing Under IRC 6320**, a **Final Notice - Notice Of Intent to Levy & Your Notice Of a Right To A Hearing**, or a **Notice of Jeopardy Levy and Right of Appeal.** Complete this form and send it to the address shown on your lien or levy notice for expeditious handling. Include a copy of your lien or levy notice(s) to ensure proper handling of your request.

(Print) Taxpayer Name(s): _____

(Print) Address: _____

Daytime Telephone Number: _____ Type of Tax/Tax Form Number(s): _____

Taxable Period(s): _____

Social Security Number/Employer Identification Number(s): _____

Check the IRS action(s) that you do not agree with. Provide specific reasons why you don't agree. If you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return, check here [    ] and attach Form 8857, Request for Innocent Spouse Relief, to this request.

_____ **Filed Notice of Federal Tax Lien (Explain why you don't agree. Use extra sheets if necessary.)**

_____ **Notice of Levy/Seizure (Explain why you don't agree. Use extra sheets if necessary.)**

I/we understand that the statutory period of limitations for collection is suspended during the Collection Due Process Hearing and any subsequent judicial review.

Taxpayer's or Authorized Representative's Signature and Date: _____.

Taxpayer's or Authorized Representative's Signature and Date: _____.
IRS Use Only:

IRS Employee (Print): _____    IRS Received Date: _____

Employee Telephone Number: _____.

Form **12153** (01-1999)    Catalog Number 266850    Department of the Treasury - Internal Revenue Service

Page 1 of 2

**Where to File Your Request**

It is important that you file your request using the address shown on your lien or levy notice.  If you have been working with a specific IRS employee on your case, you should file the request with that employee.

**How to Complete Form 12153**

1. Enter your full name and address.  If the tax liability is owed jointly by a husband and wife, and both wish to request a Collection Due Process Hearing, show both names.

2. Enter a daytime telephone number where we can contact you regarding your request for a hearing.

3. List the type(s) of tax or the number of the tax form(s) for which you are requesting a hearing (e.g. Form 1040, Form 941, Trust Fund Recovery Penalty, etc.).

4. List the taxable periods for the type(s) of tax or the tax form(s) that you listed for item 3 above (e.g., year ending 12-31-98, quarter ending 3-31-98).

5. Show the social security number of the individual(s) and/or the employer identification number of the business(s) that are requesting a hearing.

6. Check the IRS action(s) that you do not agree with (Filed Notice of Federal Tax Lien and/or Notice of Levy/Seizure).  You may check both actions if applicable.

7. Provide the specific reason(s) why you do not agree with the filing of the Notice of Federal Tax Lien or the proposed Notice of Levy/Seizure action.  One specific issue that you may raise at the hearing is whether income taxes should be abated because you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return.  You must, however, elect such relief.  You can do this by checking the indicated box and attaching Form 8857 to this request for a hearing.  If you previously filed Form 8857, please indicate when and with whom you filed the Form.

8. You, or your authorized representative, must sign the Form 12153.  If the tax liability is joint and both spouses are requesting a hearing, both spouses, or their authorized representative(s), must sign.

9. It is important that you understand that we are required by statute to suspend the statutory period for collection during Collection Due Process Hearing.

Page 2 of 2

Form 12153 (01-1999)

L



**Department of the Treasury**

Letter Date: 03/31/2004

**CERTIFIED MAIL** 7118 6431 1854 6608 4544

RICHARD E GEORGE
431 CENTRAL AVE
MENLO PARK, CA 94025-2804

**Internal Revenue Service**

**Taxpayer Identification Number:**
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
**Person to Contact:**
JANE ALLEN
**Contact Identification Number:**
94-06291
**Contact Telephone Number:**
(415) 522-4334

### Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 03/26/2004 because our records show the following:

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/1997 | 34318.41 |
| 1040 | 12/31/1998 | 70051.06 |
| 1040 | 12/31/1999 | 150187.12 |

The lien attaches to all property you currently own and to all property you may acquire in the future. It may also damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights*.

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing*, and mail it to:

        Internal Revenue Service
        450 GOLDEN GATE AVE
        SAN FRANCISCO, CA 94102

You must request your hearing by 05/03/2004.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get your current balance, contact the person whose name and telephone appear at the top of this letter.

(over)

Letter 3172 (DO) rev. (11-2000)
Catalog No. 267671

**Exhibit** CC

| Form 668 (Y)(c)<br>(Rev. February 2004) | 1008 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #13<br>Lien Unit Phone: (510) 637-2386 | Serial Number<br><br>164792704 | For Optional Use by Recording Office |
|---|---|---|

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

● This Notice of Federal Tax Lien has been filed as a matter of public record.

● IRS will continue to charge penalty and interest until you satisfy the amount you owe.

Name of Taxpayer RICHARD E GEORGE

● Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.

Residence      431 CENTRAL AVE
               MENLO PARK, CA 94025-2804

● See the back of this page for an explanation of your Administrative Appeal rights.

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | 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 | 03/26/2001 | 04/25/2011 | 34318.41 |
| 1040 | 12/31/1998 | 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 | 09/30/2002 | 10/30/2012 | 70051.06 |
| 1040 | 12/31/1999 | 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 | 09/30/2002 | 10/30/2012 | 150187.12 |

Place of Filing

SAN MATEO
REDWOOD CITY, CA 94063

Total | $ | 254556.59

This notice was prepared and signed at _____ OAKLAND, CA _____ , on this,

the ___25th___ day of ___March___ , ___2004___

| Signature<br><br>for JANE ALLEN | Title<br>REVENUE OFFICER<br>(415) 522-4334 | 33-08-1307 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

**Form 668 (Y)(c)**
(Rev. February 2004)

1008   Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #13<br>Lien Unit Phone: (510) 637-2386 | Serial Number<br><br>164792804 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.

- IRS will continue to charge penalty and interest until you satisfy the amount you owe.

- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.

Name of Taxpayer RICHARD E GEORGE

- See the back of this page for an explanation of your Administrative Appeal rights.

Residence      431 CENTRAL AVE
               MENLO PARK, CA 94025-2804

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | 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 | 03/26/2001 | 04/25/2011 | 34318.41 |
| 1040 | 12/31/1998 | 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 | 09/30/2002 | 10/30/2012 | 70051.06 |
| 1040 | 12/31/1999 | 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 | 09/30/2002 | 10/30/2012 | 150187.12 |

| Place of Filing | | |
|---|---|---|
| COUNTY RECORDER<br>SAN DIEGO COUNTY<br>SAN DIEGO, CA 92101 | Total $ | 254556.59 |

This notice was prepared and signed at _____OAKLAND, CA_____ , on this,

the ___25th___ day of ___March___, ___2004___

| Signature<br>for JANE ALLEN | Title<br>REVENUE OFFICER<br>(415) 522-4334 | 33-08-1307 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X



7118 6431 1854 6608 4544

**RICHARD E GEORGE**
**431 CENTRAL AVE**
**MENLO PARK, CA 94025-2804**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - fold here - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

P

Form 668-A(ICS)
(Rev. Jan. 2003)

Department of the Treasury – Internal Revenue Service

## Notice of Levy

| | |
|---|---|
| DATE: **May 17, 2005** | |
| REPLY TO: **Internal Revenue Service** | TELEPHONE NUMBER |
| **Jane Allen** | OF IRS OFFICE: **(415) 522-4334** |
| **450 Golden Gate Avenue, 6th Floor** | |
| **San Francisco, CA 94102** | NAME AND ADDRESS OF TAXPAYER: |
| | **Richard George** |
| | **431 Central Avenue** |
| TO:    **Comerica Bank** | **Menlo Park, CA 94025** |
| **Garnishment & Levy - Internal Services** | |
| **Mail Code 7549** | |
| **P. O. Box 75000** | |
| **Detroit, MI 48275** | IDENTIFYING NUMBER(S): 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 |

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 0 | $19,593.94 | $19,593.94 |

| | |
|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟹ | **Total Amount Due**    $19,593.94 |

We figured the interest and late payment penalty to  **06/17/2005**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**
1. Make your check or money order payable to **United States Treasury**.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.)*.
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title |
|---|---|
| **/S/ Jane Allen** | **Revenue Officer** |

**Part 5 –**    IRS File Copy              Catalog No. 15704T        www.irs.gov                      Form **668-A(ICS)** (Rev. 1-2003)

Exhibit Z

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Comerica Bank
Garnishment & Levy
Mail Code 7549
P.O. Box 75000
Detroit, MI 48275

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

MAY 2 3 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0005 2736 5051

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

Postage | $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees | $

Postmark Here

Rebecca (734) 633-3169

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

See Reverse for Instructions    PS Form 3800, June 2002

7005 0390 0005 2736 5051

Form 668-A(ICS)
(Rev. Jan. 2003)

Department of the Treasury – Internal Revenue Service

## Notice of Levy

| | |
|---|---|
| DATE: **May 17, 2005** | TELEPHONE NUMBER |
| REPLY TO: **Internal Revenue Service** | OF IRS OFFICE: **(415) 522-4334** |
| **Jane Allen** | |
| **450 Golden Gate Avenue, 6th Floor** | |
| **San Francisco, CA 94102** | NAME AND ADDRESS OF TAXPAYER: |
| | **Chameleon Software, as the alter ego, nominee, or transferee of Richard George** |
| TO:  **Bank of America** | **431 Central Avenue** |
| **Levy Department** | **Menlo Park, CA 94025** |
| **P. O. Box 54660** | |
| **Los Angeles, CA  90054-0660** | |
| | IDENTIFYING NUMBER(S): **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/** |
| | **95-4733541** |

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

Reference: this Notice of Levy includes, but is not limited to, account number 01176-10739.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 0 | $19,593.94 | $19,593.94 |

| | | |
|---|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ================================== ⟹ | Total Amount Due | $19,593.94 |

We figured the interest and late payment penalty to  **06/17/2005**

    The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

    **Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.**

    Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying numbers(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**
1. Make your check or money order payable to **United States Treasury.**
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.).*
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title |
|---|---|
| **/S/ Margaret G. Martin** | **Territory Manager** |

| | | | |
|---|---|---|---|
| Part 5 – | IRS File Copy | Catalog No. 15704T    www.irs.gov | Form **668-A(ICS)** (Rev. 1-2003) |

| Form 668-A(ICS) | Department of the Treasury – Internal Revenue Service |
|---|---|
| (Rev. Jan. 2003) | **Notice of Levy** |

DATE: May 17, 2005

REPLY TO: Internal Revenue Service
Jane Allen
450 Golden Gate Avenue, 6th Floor
San Francisco, CA 94102

TELEPHONE NUMBER
OF IRS OFFICE: (415) 522-4334

NAME AND ADDRESS OF TAXPAYER:

Chameleon Software, as the alter ego,
nominee, or transferee of Richard George

431 Central Avenue
Menlo Park, CA 94025

TO:    Bank of America
Levy Department
P. O. Box 54860
Los Angeles, CA  90054-0660

IDENTIFYING NUMBER(S): 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/
95-4733541

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

Reference: this Notice of Levy includes, but is not limited to, account number 01176-10739.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 0 | $19,593.94 | $19,593.94 |

**Bank of America**    **Higher Standards**

Cristina Molinas
Assistant Vice President
Assistant Banking Center Manager
One Powell Banking Center

Bank of America
CA5-103-01-01
1 Powell Street
San Francisco, CA 94102

10:44 am

U S A
Official Sponsor    Recycled Paper

Tel  415.262.4760
Fax 415.262.4778

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT.========================⇒ | Total Amount Due | $19,593.94 |
|---|---|---|

We figured the interest and late payment penalty to   **06/17/2005**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying numbers(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy —
1. Make your check or money order payable to United States Treasury.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub.).
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title |
|---|---|
| /S/ Margaret G. Martin | Territory Manager |

| Part 5 – | IRS File Copy | Catalog No. 15704T | www.irs.gov | Form **668-A(ICS)** (Rev. 1-2003) |
|---|---|---|---|---|

Q



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: Oct. 18, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Richard E. George, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 1999, consisting of seven pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

Exhibit V

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

RICHARD E GEORGE                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 242,086.00 | | | |
| | TAXABLE INCOME 173,812.00 | | | |
| 09-20-2000 | RETURN FILED & TAX ASSESSED 89221-267-11731-0 | | 0.00 | 10-23-2000 |
| 04-15-2000 | WITHHOLDING | | 12,229.00 | |
| 04-15-2000 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-2000 | | | |
| 10-16-2000 | INTEREST DUE TAXPAYER | | 23.14 | |
| 04-15-2000 | OVERPAYMENT CREDIT TRANSFERRED CVPN        199812 | | (500.00) | |
| 10-23-2000 | REFUND | | (11,752.14) | |
| 10-23-2000 | CANCELED REFUND CHECK | | 11,752.14 | |
| | ADDITIONAL TAX ASSESSED 89254-743-05004-0  20005108 | | 0.00 | 01-01-2001 |
| 01-01-2001 | REFUND | | (12,489.95) | |
| 01-01-2001 | INTEREST DUE TAXPAYER | | 737.81 | |
| | LATE FILING PENALTY 20023808 | 19,252.50 | | 09-30-2002 |
| | MISCELLANEOUS PENALTY IRC 6662 ACCURACY PENALTY 29247-652-00147-2  20023808 | 17,847.80 | | 09-30-2002 |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

RICHARD E GEORGE                      EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-652-00147-2  20023808 | 89,239.00 | | 09-30-2002 |
| 09-30-2002 | RENUMBERED RETURN 29247-652-00147-2 | | | |
| 01-01-2001 | INTEREST DUE TAXPAYER REVERSED | | (737.81) | |
| | INTEREST ASSESSED 20023808 | 23,110.01 | | 09-30-2002 |
| 12-08-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-26-2004 | FEDERAL TAX LIEN | | | |
| 03-25-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 03-29-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340  (REV. 01-2002)                  PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

RICHARD E GEORGE                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-13-2004 | FEDERAL TAX LIEN | | | |
| 10-20-2004 | SUBSEQUENT PAYMENT LEVY | | 6,982.72 | |
| 10-25-2004 | SUBSEQUENT PAYMENT LEVY | | 11,593.89 | |
| 11-04-2004 | SUBSEQUENT PAYMENT LEVY | | 4,800.00 | |
| 11-18-2004 | SUBSEQUENT PAYMENT LEVY | | 28,800.00 | |
| 11-30-2004 | SUBSEQUENT PAYMENT LEVY | | 10,800.00 | |
| 11-30-2004 | SUBSEQUENT PAYMENT LEVY | | 19,200.00 | |
| 12-14-2004 | SUBSEQUENT PAYMENT LEVY | | 1,154.79 | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

RICHARD E GEORGE                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 12-17-2004 | SUBSEQUENT PAYMENT LEVY | | 6,000.00 | |
| 12-22-2004 | SUBSEQUENT PAYMENT LEVY | | 15,600.00 | |
| 02-07-2005 | SUBSEQUENT PAYMENT LEVY | | 20,400.00 | |
| 02-28-2005 | SUBSEQUENT PAYMENT LEVY | | 9,852.61 | |
| 03-17-2005 | SUBSEQUENT PAYMENT LEVY | | 25,200.00 | |
| | FAILURE TO PAY TAX PENALTY 20051308 | 10,196.89 | | 04-11-2005 |
| 04-18-2005 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-14-2005 | SUBSEQUENT PAYMENT LEVY | | 9,600.00 | |
| | FAILURE TO PAY TAX PENALTY 20051808 | 9,600.00 | | 05-16-2005 |

FORM 4340  (REV. 01-2002)                    PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

RICHARD E GEORGE                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------|------------|------------|
| 06-14-2005 | SUBSEQUENT PAYMENT LEVY | | 83.50 | |
| | FAILURE TO PAY TAX PENALTY 20052508 | 83.50 | | 07-04-2005 |
| 06-27-2005 | SUBSEQUENT PAYMENT LEVY | | 81.00 | |
| | FAILURE TO PAY TAX PENALTY 20052808 | 81.00 | | 07-25-2005 |
| | FAILURE TO PAY TAX PENALTY 20054008 | 2,231.47 | | 10-17-2005 |
| 04-15-2006 | OVERPAID CREDIT APPLIED 1040      200512 | | 12,101.00 | |
| | INTEREST ASSESSED 20061908 | 9,869.53 | | 05-22-2006 |
| 07-09-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-30-2002 | Statutory Notice of Balance Due | | | |
| 10-21-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE     5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

RICHARD E GEORGE                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-16-2006 | Statutory Notice of Balance Due | | | |
| 10-15-2007 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

RICHARD E GEORGE                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1999
-------------------------------------------------------------------------------


BALANCE              0.00

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*
PRINT NAME:    Linda L. Drake
TITLE:    Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:    SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/18/2007
FORM 4340  (REV. 01-2002)                    PAGE     7

ORIGINAL
F I L E D

MAY 3 1 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSB 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE (ASB 4305-T78O)
4  Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-6935
6
7  Attorneys for United States of America

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION
10
11  RICHARD GEORGE,                    )    No. C-05-00955-MJJ
                                       )
12        Plaintiff,                   )
                                       )
          v.                           )    DECLARATION OF
13                                     )    JANE ALLEN
    INTERNAL REVENUE SERVICE,  et al., )
14                                     )
          Defendants.                  )
15  _____)

16        I, Jane Allen, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

17        1.    I am employed by the Internal Revenue Service, assigned to the Small Business/Self-

18  Employed Division, Collection Group 1300, as a Revenue Officer. My job duties include collecting

19  unpaid income taxes.

20        2.    I am currently responsible for monitoring the collection account for Richard E. George.

21        3.    On or about February 11, 2004, I sent a letter by way of U. S. mail to Richard George at

22  431 Central Avenue in Menlo Park, California, which scheduled an appointment on March 24, 2004

23  (hereinafter appointment letter) at the  Internal Revenue Service Office located at 450 Golden Gate

24  Avenue, 6th Floor, in San Francisco, California.  The purpose of this appointment was to discuss a

25  resolution to Mr. George's tax debt.  The appointment letter described potential collection actions that

26  would be taken in the event Mr. George failed to appear or make arrangements for another appointment

27  time.  Furthermore, this letter stated the Service would file a Notice of Federal Tax Lien and/or issue

28  levies to bank accounts and accounts receivable, in which Mr. George had an interest, in the event he

1    did not appear at the scheduled meeting.

2         4.      On or about March 11, 2004, I received a letter from Richard George stating he intended

3    to quash service of any summons made by me or by the IRS.  Included with this letter, Mr. George

4    affixed a portion of The Constitution of the United States that read, "Direct taxes must be levied by the

5    rule of apportionment".  In addition, the taxpayer included a document that stated, "the respondent is

6    immune to nonapportioned direct taxes under the provisions of the United States Constitution".  Mr.

7    George's correspondence did not address the proposed meeting that I scheduled on March 24, 2004 to

8    discuss his tax liability.

9         5.      On or about March 11, 2004, I sent a letter to Mr. George indicating the Service

10   administers the Federal tax laws and encouraged Mr. George to resolve his account through the

11   Service.  This letter did not address Constitutional issues raised by Mr. George.

12        6.      On March 24, 2004, Mr. George failed to appear at the Internal Revenue Service office

13   located in San Francisco pursuant to the appointment letter.

14        7.      On March 25, 2004, I sent, by way of certified mail, a Final Notice of Intent to Levy and

15   Notice of a Right to a Hearing under IRC § 6330 (hereinafter CDP notice) to Mr. George at 431

16   Central Avenue in Menlo Park, California.

17        8.      On or about March 29, 2004, I received the certified return receipt that was affixed to

18   the CDP notice, which was signed by Richard George.  Mr. George did not file a timely request for a

19   hearing under IRC § 6330 as to the proposed levy action, nor did he file a request for an equivalency

20   hearing.

21        9.      On or about March 31, 2004, the technical support unit within the SB/SE Division sent,

22   by way of certified mail, Letter 3172, Notice of Federal Tax Lien Filing and Right to a Hearing Under

23   IRC § 6320, to Mr. George at 431 Central Avenue in Menlo Park, California.

24        10.     On or about April 12, 1004, the Service filed a Notice of Federal Tax Lien in San Mateo

25   County, recording number 2004-068283.

26        11.     On May 7, 2004, I spoke with Jerry Reiton, Mr. George's attorney, concerning Mr.

27   George's unfiled 2000, 2001, 2002, and 2003, tax returns and the collection of his 1997, 1998, and

28   1999 assessed tax liabilities.  Because I was aware Mr. George had received funds from We The

1   People, I asked Mr. Reiton if his client, Richard George, was still associated with We The People and

2   in what capacity his client was receiving funds from We The People. Mr. Reiton was unaware of Mr.

3   George's affiliation with We The People.

4       12.    I did not tell Mr. Reiton I was attempting to collect Mr. George's unpaid taxes because

5   of Mr. George' association with We The People. Because I was aware that substantial funds from We

6   The People had been deposited into Mr. George's bank account, I made inquiries as to Mr. George's

7   association with We The People to determine if it was potential collection source to obtain funds to pay

8   Mr. George's unpaid taxes

9       13.    On June 4, 2004, in order to collect Mr. George's unpaid taxes, I sent a certified letter

10  containing a Notice of Levy to We The People Congress, Inc. also known as We The People. The

11  certified letter was signed for, but the levy was not honored.

12      14.    On or about July 23, 2004, the postmaster returned Letter 3172, Notice of Federal Tax

13  Lien Filing and Right to a Hearing Under IRC § 6320, to the Internal Revenue Service because Mr.

14  George failed/neglected to claim the certified letter.

15      15.    On or about July 23, 2004, the SB/SE Division of the Internal Revenue Service,

16  approved the Service's recommendation to issue alter ego/nominee liens and serve alter ego/nominee

17  levies, naming Chameleon Software as an alter ego/nominee of Richard George.

18      16.    On or about July 26, 2004, I sent by way of certified mail, Notices of Levy, Forms

19  668A, to Bank of America and Versant Corporation, naming Chameleon Software as the alter

20  ego/nominee of Richard E. George.

21      17.    On July 30, 2004, Revenue Officer Dotson mailed/faxed a  replacement levy to Versant

22  Corporation. On July 30, 2004, Revenue Officer Dotson personally served a replacement levy on a

23  representative of Bank of America. The replacement levies substituted the signature line on the

24  original Notices of Levy.

25      18.    On or about August 13, 2004, a representative for Bank of America contacted me and

26  stated Bank of America was in possession of approximately $54,000.00. Furthermore, the

27  representative stated this amount represented cumulative funds in Chameleon Software's bank account

28  as of July 30, 2004.

DECLARATION .OF JANE ALLEN
(C-05-00955-MJJ)                                3

19.     On or about August 13, 2004, the Service recorded a Notice of Federal Tax Lien with San Mateo County, recording number 2004-1266841. This lien was comprised of Richard George's individual income tax liabilities for calendar years ending December 31, 1997, December 31, 1998 and December 31, 1999 and named Chameleon Software as the alter ego/nominee of Richard E. George.

20.     On or about August 13, 2004, the technical support unit within the SB/SE Division of the Internal Revenue Service mailed letter 3171 to Richard George along with Publication 1450 and a copy of an alter/ego lien.

21.     On or about August 13, 2004, the technical support unit within the SB/SE Division of the Internal Revenue Service mailed Letter 3177, Publication 1660 (Collection Appeal Rights) and Publication 783 (Instructions on how to apply for a Certificate of Discharge from Federal Tax Lien) to Chameleon Software at 431 Central Avenue in Menlo Park, California.

22.     Chameleon Software did not file a Collection Appeal Request with the Internal Revenue Service as to either the Notice of Federal Tax filed on August 13, 2004, recording number 2004-166841, or the alter-ego/nominee levies issued to Versant Corporation and Bank of America.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing to be true and correct.

Executed on May 26, 2005, San Francisco, California.



JANE ALLEN