JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:   (415) 436-7017
Fax:         (415) 436-6748

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GEORGE,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No. C-07-4673-MJJ<br><br>**SECOND DECLARATION OF THOMAS MOORE IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS** |

I, Thomas Moore, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. I am employed as an Assistant United States Attorney with the United States Attorney, in the offices located in San Francisco, California. As part of my duties I am assigned to this matter and I have been provided IRS taxpayer records described in the paragraphs below.

2. Attached hereto as Exhibit V is a true and correct copy of the IRS IMFOLI index summary for Richard George's 1999 tax year which shows the total assessed balance due of zero, but accrued and unassessed interest due of $9,457.67 as of October 18, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2008, San Francisco, California.

                                              /s/ Thomas Moore
                                              THOMAS MOORE
                                              Assistant United States Attorney
                                              Tax Division

# EXHIBIT V

Case 3:07-cv-04673-MHP    Document 14    Filed 01/15/2008    Page 2 of 4

```
Station Name: SAN008WA2523387   Date: 10/17/2007  Time: 10:27:55 AM

IMFOLI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                    IMF INDEX              NM CTRL:GEOR
                                                                    UP-CYC:42
RICHARD E GEORGE
ENTITY MF ACTIVE:42  FREEZE CODES:    -      AUDIT HISTORY: YES  VESTIGIAL: YES
TOTAL ASSESSED BAL:              .00  (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
            MF                                INTEREST  FREEZE   POSTED        STAT
MFT TXPD  FSC ACT TIF TOTAL MOD BALANCE       COMP DTE  CODES    RETURN   ADJ  HIS
30  199712  1  42  NO              .00        20071029    -      POSTED   YES  12
30  199812  1  42  NO              .01-       20071029    -      POSTED   YES  12
30  199912  1  42  YES         9,457.67       20071029 T  -      POSTED   YES  26
30  200012  1  42  YES            .00         20071029    -AL    SUBST4   YES  12
30  200112  1  42  YES            .00         20071029    -      SUBST4   YES  12
30  200212  1  42  YES            .00         20071029    -AL    SUBST4   YES  12
30  200312  1  42  NO             .00         20071029    -L     POSTED   NO   12
30  200412  1  42  NO             .00         20071029    -      POSTED   NO   12
30  200512  1  42  NO             .00         20071029    -      POSTED   NO   12
30  200612  1  42  NO             .00         20071029    -      NONE     NO   04
55  199312     42  NO             .00         20071029    -      NONE     YES  12
55  199412     42  NO             .00         20071029    -      NONE     YES  12
55  199612     42  NO             .00         20071029    -      NONE     YES  12
55  199712     42  NO             .00         20071029    -      NONE     YES  12
55  199812     42  NO             .00         20071029    -      NONE     YES  12
R 30 198212         CTRL-ULC:94      YR-REMOVED:2000
              PAGE 001 OF 002        IMFPG 002
```

(handwritten annotation next to 199912/200012 rows: "accrued int")

# CERTIFICATE OF SERVICE

I, KATHY TERRY, declare and state as follows:

That I am a resident or employed in San Francisco County, California; my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; I am over the age of eighteen years.

That I am employed by the United States Attorney for the Northern District of California, who is a member of the Bar of the United States District Court for the Northern District of California, at whose direction the service described in this Certificate was made; that on this date, I deposited in the United States mail in the aforementioned action, in an envelope bearing the requisite postage, copies of the following documents:

**SECOND DECLARATION OF THOMAS MOORE IN SUPPORT OF UNITED STATES' MOTION TO DISMISS.**

addressed to:

**Richard E. George
431 Central Avenue
Menlo Park, California 94025**

at his last known address, at which place there is service by United States mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed this __15th__ day of __January__, in **San Francisco**, California.

／s/ Kathy Tat
KATHY TAT
Legal Assistant

SECOND DECLARATION OF THOMAS MOORE
(C-07-4673-MJJ)                     2