JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7017
  Fax:        (415) 436-6748

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GEORGE, ) | Case No. C-07-04673-MJJ |
|       Plaintiff, ) | |
| v. ) | UNITED STATES' NOTICE |
| ) | OF AMENDED HEARING DATE |
| UNITED STATES OF AMERICA, ) | |
|       Defendant. ) | DATE: March 4, 2008 |
| ) | TIME: 9:300 A.M. |
| ) | PLACE: COURTROOM 11, 19th Floor |

    Pursuant to the Court's instruction, the United States of America's Motion to Dismiss, scheduled for February19, 2008, is hereby continued to and re-noted for 9:30 a.m. on March 4, 2008.

                    Respectfully submitted,

                    JOSEPH P. RUSSONIELLO
                    United States Attorney


                    /s/ Thomas Moore
                    THOMAS MOORE
                    Assistant United States Attorney
                    Tax Division

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**UNITED STATES' NOTICE OF AMENDED HEARING DATE**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

**Richard E. George**
**431 Central Avenue**
**Menlo Park, California 94025**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **January 16, 2008** at San Francisco, California.

                                          /s/ Kathy Tat
                                        **KATHY TAT**
                                        **Legal Assistant**