IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Narcisse**

DATE: **January 15, 2008**      [3:02PM - 3:04PM]      Court reporter: **Margo Gurule**

Case Number:      **C07-04673 MJJ**

Case Name:      **RICHARD GEORGE**      v.      **USA**

COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):
**Richard George, Pro Se**                **Thomas Moore**

TYPE OF HEARING:      **Status Conference**


MOTIONS PROCEEDINGS:                               RULING:
1.


ORDERED AFTER HEARING:
- **OSC response received from Plaintiff - OSC vacated.**


ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Joint ()  Court ()

Referred to Magistrate Judge     For:   **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)


CASE CONTINUED TO:             for

Pre-Trial Conference Date :           at 3:30 p.m.

Trial Date:    at 8:30 a.m.        Set for  days
                Type of Trial:   ()Jury     ( )Court


Notes:      **Motion for Default Judgment filed by plaintiff today.**
            **Motion to Dismiss filed by Government today.**