1  RICHARD GEORGE
   431 Central Avenue
2  Menlo Park, California 94025
   Telephone: (650) 327-6319
3  mail@rickgeorge.com



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| RICHARD GEORGE, | Case No.: C 07 4673 MHP |
|---|---|
| Plaintiff, | **RICHARD GEORGE'S NOTICE OF AMENDED HEARING DATE** |
| v. | |
| UNITED STATES | Date: March 17, 2008 |
| | Time: 2:00 p.m. |
| Defendant. | Courtroom: 15, 18th Floor |

Pursuant to the Court's instruction, Richard George's Motion for Default Final Judgment, previously noticed for March 4, 2008, is hereby continued and re-noted for 2:00 p.m. on March 17, 2008. Plaintiff's motion is based on Fed. R. of Civ. Proc., Rule 55(b)(2) Default Judgment by the Court. The matter has been fully briefed, including motion, opposition, reply, and two affidavits from plaintiff in support thereof.

Dated this 27th day of February, 2008

Respectfully submitted,

*[signature]*

Richard George
431 Central Avenue
Menlo Park, California 94025
Telephone: (650) 327-6319

## CERTIFICATE OF SERVICE

Case Name:
   Richard George v. United States

   Case No.: C 07 4673 MHP

This is to certify that a copy of:

**RICHARD GEORGE'S NOTICE OF AMENDED HEARING DATE**

was served, by first-class mail, on the person listed below.

   Thomas Moore
   Assistant United States Attorney
   10th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102

I declare under penalty of perjury that the foregoing is true and correct.

_/s/_

Richard George

Executed on February 27, 2008