UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GEORGE, | No. C 07-04673 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |
|   v. | |
| USA, | |
|     Defendant(s). | |

    Plaintiff, having moved this Court for a hearing on March 17, 2008, the parties are hereby notified that the motion for default judgment will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: March 14, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140