1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-7017
5
   Attorneys for United States of America
6
                  IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      NORTHERN DISTRICT OF CALIFORNIA
8
                            SAN FRANCISCO DIVISION
9
   RICHARD GEORGE,                    )    Case No. C-07-04673-MHP
10                                    )
          Plaintiff,                  )
11                                    )
       v.                             )    UNITED STATES OF AMERICA
12                                    )    NOTICE OF HEARING
   UNITED STATES OF AMERICA,          )
13                                    )
          Defendant.                  )    DATE: March 31, 2008
14                                    )    TIME: 10:00 A.M.
                                      )    PLACE: COURTROOM 11, 19th Floor
15 _____    )

16     Pursuant to the Court's instruction, the United States of America's previously filed Motion to

17 Dismiss, is noticed for hearing at 10:00 a.m. on March 31, 2008.

18                                          Respectfully submitted,

19                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
20
21                                          /s/ Moore
22                                          THOMAS MOORE
                                            Assistant United States Attorney
23                                          Tax Division

## CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

UNITED STATES OF AMERICA NOTICE OF HEARING

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER)**

____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

RICHARD GEORGE
431 CENTRAL AVE.
MENLO PARK, CA 94025

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **March 19, 2008** at San Francisco, California.

KATHY TAT
**Legal Assistant**