1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-7017
5
   Attorneys for United States of America
6
                    IN THE UNITED STATES DISTRICT COURT FOR THE
7
                         NORTHERN DISTRICT OF CALIFORNIA
8
                              SAN FRANCISCO DIVISION
9
   RICHARD GEORGE,                )   Case No. C-07-04673-MHP
10                                )
            Plaintiff,             )
11                                )
        v.                         )
12                                )   AMENDED NOTICE OF HEARING
   UNITED STATES OF AMERICA,      )
13                                )
            Defendant.             )   DATE: March 31, 2008
14                                )   TIME: 2:00 P.M.
                                  )   PLACE: COURTROOM 11, 19th Floor
15  _____ )

16      The United States of America's Motion to Dismiss, previously noticed for hearing at 10:00 a.m.

17  on March 31, 2008, is re-noticed for the Court's regular civil calendar at 2:00 p.m. on that same day.

18                                    Respectfully submitted,

19                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
20

21
                                      /s/ Thomas Moore
22                                    THOMAS MOORE
                                      Assistant United States Attorney
23                                    Tax Division

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

AMENDED NOTICE OF HEARING

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Richard George
431 Central Ave.
Menlo Park, CA 94025

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Executed on **March 27, 2008** at San Francisco, California.


                              /s/ Kathy Tat
                         **KATHY TAT**
                         **Legal Assistant**