**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 31, 2008

Case No.   C 07-4673  MHP                    Judge: MARILYN H. PATEL

Title: RICHARD GEORGE -v- USA

Attorneys:  Plf: No appearance
            Dft: Gurpreet Bal, Thom Moore

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVicker

**PROCEEDINGS**

1)  Defendant's Motion to Dismiss

2)

3)

**ORDERED AFTER HEARING:**

No appearance by plaintiff; Matter deemed submitted on papers; Court to issue order.