UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD GEORGE,

        Plaintiff,

  v.

USA et al,

        Defendant.

Case Number: CV07-04673 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard George
431 Central Avenue
Menlo Park, CA 94025

Dated: April 17, 2008

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk