UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD GEORGE,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.
                                        /

No. C 07-04673 MHP

**JUDGMENT**

      This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting defendant's motion to dismiss,

      IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

Dated: 4/17/2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California